UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> THOMAS SAHS ) <br> _____/ | Case No. 18-cr-20710 <br> Hon. Cecilia M. Altonaga |

ORDER TO CLERK TO ACCEPT PREJUDGMENT PAYMENT AND DISBURSE FUNDS
UPON ENTRY OF JUDGMENT

Upon consideration the Unopposed Motion for an Order to Deposit Funds, Dkt. 368 it is hereby:

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall accept payments submitted by or on behalf of the defendant toward his anticipated criminal financial obligations and maintain such payments on deposit until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures.

DONE and ORDERED in Miami, Florida, this day of February ___, 2020.

_____
HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE