EXHIBIT  B

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100203601
Cashier ID: vthomas
Transaction Date: 02/18/2020
Payer Name: THOMAS SAHS
-----------------------------------
TREASURY REGISTRY
 For: THOMAS SAHS
 Case/Party: D-FLS-1-18-CR-020710-004
 Amount:        $301,685.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1159955566
 Amt Tendered: $301,685.00
-----------------------------------
Total Due:      $301,685.00
Total Tendered: $301,685.00
Change Amt:     $0.00

18-CR-20710-CMA-4

USA VS. THOMAS SAHS


REMITTER:  THOMAS SAHS

2597 DEARBORN DR.

LOS ANGELES, CA  90068

PER ORDER OF THE COURT (DE#369)

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```