**EXHIBIT C**
**FORFEITURE MONEY JUDGMENT PAYMENT**

 An official website of the United States government
Here's how you know

 MENU

For your security, we recommend you close your browser when you complete your payment.

# Payment Confirmation - Forfeiture Money Judgment Collection Form

 ✓ Before You Begin

 ✓ Complete Agency Form

 ✓ Enter Payment Info

 ✓ Review & Submit

5 Confirmation

## Your payment is submitted

You will not be able to access this information once you leave this page. A confirmation email has been sent to tomsahs@gmail.com, afeldman@feldmanpllc.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Check your bank statement or account on the payment date

**For questions or to cancel this transaction:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Let us know how we did. Complete our short two minute survey.

## Tracking Information

Pay.gov Tracking ID: 26NLB99P

Agency Tracking ID: 75956078200

Form Name: Forfeiture Money Judgment Collection Form

Application Name: Forfeiture Money Judgment Collection Form

## Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $298,315.00

Transaction Date: 02/19/2020 12:00:38 PM EST

Payment Date: 02/20/2020

Name: Thomas S Sahs

Asset ID Number: 20-DCI-000079

Party ID Number: 2048997

## Account Information

Account Holder Name: Thomas Sahs

Routing Number: 322271627

Account Number: ************8961

## Register today!

Create an Account

or

# Sign In

Please consider creating a Pay.gov account. With a Pay.gov account you can manage payments and view history.

## Need Help?

**Contact:**

Financial Operations Unit

**Email:**

Click to email

**Phone:**

703-740-9326

**Website:**

Click to visit site

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

Home
Explore More Options
Find an Agency
Sign In

Contact Us
Notices & Agreements
Accessibility Policy
Privacy & Security Policy
For Agencies

*

WARNING WARNING WARNING

You have accessed a United States Government computer. Unauthorized use of this computer is a violation of federal law and may subject you to civil and criminal penalties. This computer and the automated systems which run on it are monitored. Individuals are not guaranteed privacy while using government computers and should, therefore, not expect it. Communications made using this system may be disclosed as allowed by federal law.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.