UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20710-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**THOMAS SAHS**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Thomas Sahs' Motion to Travel [ECF No. 520]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. (*See* Judgment and Commitment Order ([ECF No. 401] 4)).

**DONE AND ORDERED** in Miami, Florida, this 13th day of July, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record